UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ZAKEE SHAKIR,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>JONATHON DOUGLES,<br><br>　　　　　　Defendant. | CASE NO. C24-5879 BHS<br><br>ORDER |

THIS MATTER is before the Court on Magistrate Judge Grady J. Leupold's Report and Recommendation (R&R), Dkt. 6, recommending the Court grant in part pro se prisoner plaintiff Zakee Shakir's application to proceed *in forma pauperis*, supported by his proposed compliant, Dkt. 1. Shakir alleges that defendant Tacoma Police Officer Jonathon Dougles used excessive force while arresting Shakir in August 2023, breaking his leg. Shakir concedes he was resisting arrest, and that he was rightly tasered, but alleges that the broken leg was excessive and unconstitutional.

The R&R concludes that Shakir is indigent, and that he has stated a plausible § 1983 claim against Dougles, and that he should be permitted *in forma pauperis* status on

ORDER - 1

that claim. It recommends the Court dismiss as implausibly pled any claims against the City of Tacoma.

Shakir has not objected to the R&R.

A district judge must determine de novo any part of a magistrate judge's proposed disposition *to which a party has properly objected*. It must modify or set aside any portion of the order that is clearly erroneous or contrary to law. Fed. R. Civ. P. 72(a). The district judge may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions. Fed. R. Civ. P. 72(b)(3). A proper objection requires "specific written objections to the proposed findings and recommendations" in the R&R. Fed. R. Civ. P. 72(b)(2).

The R&R it is not clearly erroneous or contrary to law. It is **ADOPTED**, and Shakir's application to proceed *in forma pauperis* on his single claim against defendant officer Jonathon Dougles is **GRANTED**. Shakir's claim against the City of Tacoma is **DISMISSED**. Shakir is reminded that Federal Rule of Civil Procedure 4 sets out the requirements for service of process, including the time frame for such service.

**IT IS SO ORDERED.**

Dated this 12th day of November, 2024.

BENJAMIN H. SETTLE
United States District Judge