UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ZAKEE SHAKIR, <br><br> Plaintiff, <br><br> v. <br><br> JONATHON DOUGLES, <br><br> Defendant. | CASE NO. C24-5879 BHS <br><br> ORDER |

THIS MATTER is before the Court on its own motion. On November 11, 2024, the Court adopted Magistrate Judge Grady J. Leupold's Report and Recommendation (R&R), Dkt. 6, and granted pro se prisoner plaintiff Zakee Shakir's application to proceed in forma pauperis on his claims against defendant Jonathon Dougles. Dkt. 7.

The Court's Order warned Shakir of Federal Rule of Civil Procedure 4's requirements and time limits for service of process. *Id*. at 2. More than 90 days have passed, and Sharkir has apparently taken no steps to serve or otherwise advance his claim. He is therefore **ORDERED** to **SHOW CAUSE** why this matter should not be dismissed without prejudice for failure to serve and failure to prosecute. He should do so in writing within **14 days**.

ORDER - 1

**IT IS SO ORDERED**.

Dated this 28th day of February, 2025.

*[signature]*

BENJAMIN H. SETTLE
United States District Judge

ORDER - 2