UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ZAKEE SHAKIR,

                Plaintiff,

    v.

JONATHON DOUGLAS,

                Defendant.

CASE NO. C24-5879 BHS

ORDER

THIS MATTER is before the Court on pro se plaintiff Zakee Shakir's second motion for summary judgment, Dkt. 44. The motion is five sentences, and it includes no evidence supporting Shakir's conclusory allegation that defendant Jonathon Douglas used excessive force when arresting Shakir. As Douglas correctly responds, Dkt. 44, this motion is essentially identical to Shakir's first summary judgment motion, Dkt. 32, which the Court denied, Dkt. 43.

The Court's prior order informed Shakir of his summary judgment burden, and explained that he could not obtain a judgment in his favor without evidence establishing that there were no disputed questions of material fact, and that he was entitled to judgment as a matter of law. Douglas disputes that he used excessive force, or that Shakir

ORDER - 1

was injured. Dkt. 45. Indeed, the lack of evidence of the same is the basis for Douglas's own summary judgment motion, Dkt. 46. Shakir cannot prevail on summary judgment or at trial without evidence supporting and ultimately proving his claims.

Shakir's motion for summary judgment, Dkt. 44, is **DENIED**.

**IT IS SO ORDERED**.

Dated this 27th day of March, 2026.

BENJAMIN H. SETTLE
United States District Judge

ORDER - 2